# LEVINE LEE LLP

## NEW YORK

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Dylan A. Stern**
212 257 5927 direct
dstern@levinelee.com

June 13, 2019

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Nordlicht, et al.,* No. 1:16-cr-00640-BMC

Dear Judge Cogan:

We represent Defendant Daniel Small in the above-captioned matter.

We write to request that Mr. Small's travel restrictions be modified from June 19-20, 2019, to allow him to travel to Florida to attend the funeral of the sister of his childhood best friend. The U.S. Attorney's Office and Mr. Small's pretrial services officer do not object to this request.

Thank you for your consideration.

      Respectfully submitted,

      /s/ Dylan A. Stern
      Seth L. Levine
      Christos G. Papapetrou
      Dylan A. Stern

cc:    Alicyn Cooley; Lauren Elbert; Patrick Hein; David Pitluck, Assistant U.S. Attorneys (via ECF)
       Robert Long III, U.S. Pretrial Services Officer (via email)