

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/PTH
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Daniel Small
     Criminal Docket No. 16-640 (BMC)

Dear Judge Cogan:

  The government writes respectfully on behalf of the parties to request that the status conference currently scheduled for Thursday, January 7, 2021 in the above-captioned matter be adjourned. On December 3, 2020, the Second Circuit heard argument on the government's appeal of the Court's September 27, 2019 Order, and reserved decision. The government respectfully requests that the status conference be adjourned for approximately two months to a date in mid-March, and will update the Court in the event the Court of Appeals issues its decision in the interim.

           Respectfully submitted,

           SETH D. DUCHARME
           Acting United States Attorney

       By: /s/
           Lauren H. Elbert
           Patrick T. Hein
           Assistant U.S. Attorneys
           (718) 254-7577/6284

cc: Clerk of the Court (BMC) (by ECF)
   Defense counsel (by ECF)