# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

September 7, 2023

**Via ECF**
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    *United States v. Nordlicht, et al.*, **16-cr-640**

Dear Judge Cogan:

    We represent Daniel Small in the above-captioned action. We write to respectfully request a modest extension of Mr. Small's deadline for objecting to his presentence report (the "PSR"). We have conferred with the Probation Department ("Probation") and the Government, and neither objects to our request.

    We received Mr. Small's PSR from Probation on August 29, 2023. Pursuant to Federal Rule of Criminal Procedure 32, Mr. Small has fourteen days to serve his objections on Probation and the Government (i.e., until September 12, 2023). *See* Fed. R. Crim. P. 32(f)(1). Given the complex nature of this case, the length of the PSR, and the fact that Mr. Small's sentencing is not until November 15, we respectfully request an extension of ten days (i.e., until September 22, 2023) to serve any objections to the PSR.

    We thank the Court for its consideration.

                                  Respectfully submitted,

                                  /s/ *Seth L. Levine*

                                  Seth L. Levine
                                  Paul A. Murphy
                                  Alison M. Bonelli

cc: All Counsel of Record (via ECF)